UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| EVA CASH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 3:05cv0549 AS |
| ) | |
| AMERICAN RUBBER PRODUCTS, ) | |
| INC., ) | |
| ) | |
| Defendant ) | |

### *MEMORANDUM, OPINION AND ORDER*

This court takes judicial notice of the record in this case, and takes up the report and recommendation filed by the United States magistrate judge, Christopher A. Nuechterlein, on March 20, 2007. There are really two motions by this pro se plaintiff which were dealt with in the magistrate judge's recommendation. One is docket number 40, which is now **DENIED** as **MOOT**. The other is docket number 41 which is now **GRANTED**. Default judgment is **ORDERED** to be entered in favor of the plaintiff, Eva Cash, and against the defendant, American Rubber Products, Inc. Each party will bear its own costs. The Clerk shall enter judgment accordingly. **IT IS SO ORDERED**.

**DATED:** April 10, 2007

                                                       **S/ ALLEN SHARP**
                                                       **ALLEN SHARP, JUDGE**
                                                       **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein